**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MARLENA ROSADO, on behalf of herself
and all others similarly situated,

        Plaintiff,

   v.

BARRY UNIVERSITY, INC,

        Defendant.

CASE NO. 20-cv-21813-JEM

**PLAINTIFF'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF**
**RESPONSE TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

      Plaintiff Marlena Rosado, on behalf of herself and all others similarly situated ("Plaintiff"),

by and through her attorneys, hereby files this Notice of Supplemental Authority in support of her

Response to Defendant's Motion to Dismiss Plaintiff's Amended Class Action Complaint [DE 23],

and provides the following supplemental authority for consideration by the Court:

1. *Zahn v. Ohio University*, Case No. 2020-00371JD (Ohio Ct. Cl., Oct. 19, 2020), attached hereto as Exhibit 1.

2. *Waitt v. Kent State University*, Case No. 2020-000392JD (Ohio Ct. Cl., Sept. 28, 2020), attached hereto as Exhibit 2.

3. *Garland v. Western Michigan University*, Case No. 20-000063-MK (Mich. Ct. Cl., Sept. 15, 2020), attached hereto as Exhibit 3.

4. *Smith v. Ohio State University*, Case No. 2020-000321JD (Ohio Ct. Cl., Aug. 24, 2020), attached hereto as Exhibit 4.

These decisions relate to Plaintiff's arguments in support of the denial of Defendant's Motion to Dismiss.

Dated October 29, 2020                              Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow FBN 121452                        Daniel L. Warshaw (*pro hac vice* to be filed)
Jonathan M. Streisfeld FBN 117447      **PEARSON, SIMON & WARSHAW, LLP**
Joshua R. Levine FBN 91807                  15165 Ventura Boulevard, Suite 400
Kristen Lake Cardoso FBN 44401          Sherman Oaks, CA 91403
**KOPELOWITZ OSTROW**                    Telephone: (818) 788-8300
**FERGUSON WEISELBERG GILBERT**   Facsimile: (818) 788-8104
1 West Las Olas Blvd. Suite 500            dwarshaw@pswlaw.com
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100                    Anna C. Haac (*pro hac vice* to be filed)
Facsimile: (954) 525-4300                     Jennifer Thelusma FBN 1019776
ostrow@kolawyers.com                         **TYCKO & ZAVAREEI LLP**
streisfeld@kolawyers.com                     1828 L Street NW, Suite 1000
levine@kolawyers.com                         Washington, D.C. 20036
                                                          Telephone: (202) 973-0900
                                                          Facsimile: (202) 973-0950
                                                          ahaac@tzlegal.com
                                                          jthelusma@tzlegal.com

*Counsel for Plaintiff and the Proposed Classes*

### CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jeff Ostrow*
Jeff Ostrow