**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:20-CV-21813-JEM**

MARLENA ROSADO, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.

BARRY UNIVERSITY, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Marlena Rosado and Defendant Barry University, Inc., by and through their undersigned counsel, hereby notify the Court that the Parties have reached an agreement in principle to fully resolve all the claims in this class action litigation, including all claims affecting the putative class. The Parties will be separately filing a motion to stay all deadlines for 60 days pending completion of the class action settlement agreement and the filing of Plaintiff's motion for preliminary approval of the settlement.

Respectfully submitted,

| | |
|---|---|
| *s/ Jeff Ostrow* | *s/ Mendy Halberstam* |
| Jeff Ostrow, Esq. | Mendy Halberstam, Esq. |
| Florida Bar No. 121452 | Florida Bar No. 68999 |
| Email: ostrow@kolawyers.com | Email: mendy.halberstam@jacksonlewis.com |
| Jonathan M. Streisfeld, Esq. | Stephanie L. Adler-Paindiris, Esq. |
| Florida Bar No. 117447 | Florida Bar No. 0523283 |
| Email: streisfeld@kolawyers.com | Email: stephanie.adler-paindiris@jacksonlewis.com |
| Kristen Lake Cardoso, Esq. | Allison Gluvna Folk, Esq. |
| Florida Bar No. 44401 | Florida Bar No. 041075 |
| Email: cardoso@kolawyers.com | Email: allison.folk@jacksonlewis.com |
| KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT | JACKSON LEWIS P.C. |
| 1 West Las Olas Blvd. Suite 500 | Two South Biscayne Blvd., Ste. 3500 |
| Fort Lauderdale, Florida 33301 | Miami, Florida 33131 |
| Telephone: (954) 525-4100 | Telephone: (305) 577-7600 |

CASE NO. 1:20-cv-21813-JEM

*Counsel for Defendant*

Jennifer Thelusma, Esq.
Email: jthelusma@tzlegal.com
Anna C. Haac, Esq. (pro hac vice to be filed)
Email: ahaac@tzlegal.com
TYCKO & ZAVAREEI LLP
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900

Daniel L. Warshaw, Esq. (pro hac vice to be filed)
Email: dwarshaw@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on February 9, 2021, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Jeff Ostrow*
Jeff Ostrow, Esq.

CASE NO. 1:20-cv-21813-JEM

## Service List

**United States District Court for the Southern District of Florida**
*Rosado, et al. v. Barry University, Inc.*
**CASE NO.: 1:20-CV-21813-JEM**

Jeff Ostrow, Esq.
Florida Bar No. 121452
Email: ostrow@kolawyers.com
Jonathan M. Streisfeld, Esq.
Florida Bar No. 117447
Email: streisfeld@kolawyers.com
Joshua R. Levine, Esq.
Florida Bar No. 91807
Email: levine@kolawyers.com
Kristen Lake Cardoso, Esq.
Florida Bar No. 44401
Email: cardoso@kolawyers.com
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
1 West Las Olas Blvd. Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100

Jennifer Thelusma, Esq.
Email: jthelusma@tzlegal.com
Anna C. Haac, Esq. (pro hac vice to be filed)
Email: ahaac@tzlegal.com
TYCKO & ZAVAREEI LLP
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900

Daniel L. Warshaw, Esq. (pro hac vice to be filed)
Email: dwarshaw@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

*Counsel for Plaintiff and the Proposed Class*

Mendy Halberstam, Esq.
Florida Bar No. 68999
Email: mendy.halberstam@jacksonlewis.com
Stephanie L. Adler-Paindiris, Esq.
Florida Bar No. 0523283
Email: stephanie.adler-paindiris@jacksonlewis.com
Allison Gluvna Folk, Esq.
Florida Bar No. 041075
Email: allison.folk@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*