UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 20-21813-CIV-MARTINEZ-OTAZO-REYES

MARLENA ROSADO, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.

BARRY UNIVERSITY, INC,

    Defendant.
_____/

# FINAL JUDGMENT

This action having settled pursuant to the Class Settlement Agreement and Release ("Settlement Agreement") [ECF No. 78-1], and the Court having entered an Order Granting Final Approval of Class Action Settlement, Denying Approval of Service Award, and Granting Application for Attorneys' Fees and Costs ("Final Approval Order") [ECF No. 84], it is **ORDERED AND ADJUDGED** that:

1. Pursuant to Federal Rules of Civil Procedure 54 and 58, Final Judgment is **ENTERED**, and Plaintiff's claims are released, as set forth in the Final Approval Order and Settlement Agreement.

2. All Releasing Parties[1] in this action are **DISMISSED WITH PREJUDICE**, without fees and costs to any party except as otherwise provided in the Final Approval Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of September, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

---

[1] Capitalized terms in this Final Judgment, unless otherwise indicated, shall have the meaning attributed to them in the Settlement Agreement.